IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| PLAINTIFF, : | |
| : | |
| v. : | Civil No.   21-cv-400 |
| : | |
| $44,149.32 IN FUNDS SEIZED FROM : | |
| FIRST MID ILLINOIS BANK & TRUST : | |
| ACCOUNT NO. 2028; $23,866.50 IN : | |
| FUNDS SEIZED FROM FIRST MID : | |
| ILLINOIS BANK & TRUST ACCOUNT : | |
| NO. 7401; $4,571.84 IN FUNDS SEIZED : | |
| FROM FIRST MID ILLINOIS BANK & : | |
| TRUST ACCOUNT NO. 7115; $20,185.02 : | |
| IN FUNDS SEIZED FROM BANTERRA : | |
| BANK ACCOUNT NO. 6855; $279,363.00 : | |
| IN UNITED STATES CURRENCY; : | |
| $2,800.00 IN UNITED STATES : | |
| CURRENCY; $4,252.00 IN UNITED : | |
| STATES CURRENCY; $4,009.25 IN : | |
| UNITED STATES CURRENCY; and : | |
| $4.068.05 IN FUNDS SEIZED FROM : | |
| SIU CREDIT UNION ACCOUNT NO. : | |
| 9007, : | |
| : | |
| DEFENDANTS. : | |

## VERIFIED COMPLAINT FOR FORFEITURE

The United States of America, by and through its attorneys, Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, and Adam E. Hanna, Assistant United States Attorney, states as follows:

## COUNT I

1. This is a civil action *in rem* brought to enforce the provisions of 18 U.S.C. § 981(a)(1)(C) for the forfeiture of property which represents funds constituting or derived from proceeds of violations of Title 7, United States Code, Sections 2024(b) and (c) (Food Stamp Fraud); Title 18, United States Code, Section 371 (Conspiracy); Title 18, United States Code, Section 1343 (Wire Fraud); and Title 18, United States Code, Section 1956 (Money Laundering).

2. This Court has subject-matter jurisdiction over this matter by virtue of 28 U.S.C. § 1345, *in rem* jurisdiction by virtue of 28 U.S.C. § 1355, and venue by virtue of 28 U.S.C. § 1395(b).

3. The defendant property is $44,149.32 in funds seized from First Mid Illinois Bank & Trust Account No. 2028.

4. The defendant property was seized on or about October 21, 2020, from First Mid Illinois Bank & Trust located in Carbondale, Jackson County, Illinois.

5. The property consists of currency which has been deposited in the account of Asset Forfeiture Fund, U.S. Treasury Account c/o Federal Reserve Bank located in St. Louis, Missouri.

6. The facts and circumstances supporting the seizure and forfeiture of the defendant property are contained in Exhibit A, which is attached and fully incorporated by reference.

7. The defendant property represents funds constituting or derived from proceeds of violations of Title 7, United States Code, Sections 2024(b) and (c) (Food Stamp Fraud); Title 18, United States Code, Section 371 (Conspiracy); Title 18, United States Code, Section 1343 (Wire Fraud); and Title 18, United States Code, Section 1956 (Money Laundering) and is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C).

8. The property is already in the possession, custody, and control of the United States.

WHEREFORE, the United States of America respectfully requests that a Warrant and Summons for Arrest of Articles *In Rem* be issued for the $44,149.32 in funds seized from First Mid Illinois Bank & Trust Account No. 2028; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the defendant property to be forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action.

## COUNT II

1. This is a civil action *in rem* brought to enforce the provisions of 18 U.S.C. § 981(a)(1)(C) for the forfeiture of property which represents funds constituting or derived from proceeds of violations of Title 7, United States Code, Sections 2024(b) and (c) (Food Stamp Fraud); Title 18, United States Code, Section 371 (Conspiracy); Title 18, United States Code, Section 1343 (Wire Fraud); and Title 18, United States Code, Section 1956 (Money Laundering).

2. This Court has subject-matter jurisdiction over this matter by virtue of 28 U.S.C. § 1345, *in rem* jurisdiction by virtue of 28 U.S.C. § 1355, and venue by virtue of 28 U.S.C. § 1395(b).

3. The defendant property is $23,866.50 in funds seized from First Mid Illinois Bank & Trust Account No. 7401.

4. The defendant property was seized on or about October 21, 2020, from First Mid Illinois Bank & Trust located in Carbondale, Jackson County, Illinois.

5. The property consists of currency which has been deposited in the account of Asset Forfeiture Fund, U.S. Treasury Account c/o Federal Reserve Bank located in St. Louis, Missouri.

6. The facts and circumstances supporting the seizure and forfeiture of the defendant property are contained in Exhibit A, which is attached and fully incorporated by reference.

7. The defendant property represents funds constituting or derived from proceeds of violations of Title 7, United States Code, Sections 2024(b) and (c) (Food Stamp Fraud); Title 18, United States Code, Section 371 (Conspiracy); Title 18, United States Code, Section 1343 (Wire Fraud); and Title 18, United States Code, Section 1956 (Money Laundering) and is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C).

8. The property is already in the possession, custody, and control of the United States.

WHEREFORE, the United States of America respectfully requests that a Warrant and

Summons for Arrest of Articles *In Rem* be issued for the $23,866.50 in funds seized from First Mid Illinois Bank & Trust Account No. 7401; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the defendant property to be forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action.

## COUNT III

1. This is a civil action *in rem* brought to enforce the provisions of 18 U.S.C. § 981(a)(1)(C) for the forfeiture of property which represents funds constituting or derived from proceeds of violations of Title 7, United States Code, Sections 2024(b) and (c) (Food Stamp Fraud); Title 18, United States Code, Section 371 (Conspiracy); Title 18, United States Code, Section 1343 (Wire Fraud); and Title 18, United States Code, Section 1956 (Money Laundering).

2. This Court has subject-matter jurisdiction over this matter by virtue of 28 U.S.C. § 1345, *in rem* jurisdiction by virtue of 28 U.S.C. § 1355, and venue by virtue of 28 U.S.C. § 1395(b).

3. The defendant property is $4,571.84 in funds seized from First Mid Illinois Bank & Trust Account No. 7115.

4. The defendant property was seized on or about October 21, 2020, from First Mid Illinois Bank & Trust located in Carbondale, Jackson County, Illinois.

5. The property consists of currency which has been deposited in the account of Asset Forfeiture Fund, U.S. Treasury Account c/o Federal Reserve Bank located in St. Louis, Missouri.

6. The facts and circumstances supporting the seizure and forfeiture of the defendant property are contained in Exhibit A, which is attached and fully incorporated by reference.

7. The defendant property represents funds constituting or derived from proceeds of

violations of Title 7, United States Code, Sections 2024(b) and (c) (Food Stamp Fraud); Title 18, United States Code, Section 371 (Conspiracy); Title 18, United States Code, Section 1343 (Wire Fraud); and Title 18, United States Code, Section 1956 (Money Laundering) and is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C).

8. The property is already in the possession, custody, and control of the United States.

WHEREFORE, the United States of America respectfully requests that a Warrant and Summons for Arrest of Articles *In Rem* be issued for the $4,571.84 in funds seized from First Mid Illinois Bank & Trust Account No. 7115; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the defendant property to be forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action.

## COUNT IV

1. This is a civil action *in rem* brought to enforce the provisions of 18 U.S.C. § 981(a)(1)(C) for the forfeiture of property which represents funds constituting or derived from proceeds of violations of Title 7, United States Code, Sections 2024(b) and (c) (Food Stamp Fraud); Title 18, United States Code, Section 371 (Conspiracy); Title 18, United States Code, Section 1343 (Wire Fraud); and Title 18, United States Code, Section 1956 (Money Laundering).

2. This Court has subject-matter jurisdiction over this matter by virtue of 28 U.S.C. § 1345, *in rem* jurisdiction by virtue of 28 U.S.C. § 1355, and venue by virtue of 28 U.S.C. § 1395(b).

3. The defendant property is $20,185.02 in funds seized from Banterra Bank Account No. 6855.

4. The defendant property was seized on or about October 21, 2020, from Banterra Bank

located in Carbondale, Jackson County, Illinois.

5. The property consists of currency which has been deposited in the account of Asset Forfeiture Fund, U.S. Treasury Account c/o Federal Reserve Bank located in St. Louis, Missouri.

6. The facts and circumstances supporting the seizure and forfeiture of the defendant property are contained in Exhibit A, which is attached and fully incorporated by reference.

7. The defendant property represents funds constituting or derived from proceeds of violations of Title 7, United States Code, Sections 2024(b) and (c) (Food Stamp Fraud); Title 18, United States Code, Section 371 (Conspiracy); Title 18, United States Code, Section 1343 (Wire Fraud); and Title 18, United States Code, Section 1956 (Money Laundering) and is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C).

8. The property is already in the possession, custody, and control of the United States.

WHEREFORE, the United States of America respectfully requests that a Warrant and Summons for Arrest of Articles *In Rem* be issued for the $20,185.02 in funds seized from Banterra Bank Account No. 6855; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the defendant property to be forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action.

## COUNT V

1. This is a civil action *in rem* brought to enforce the provisions of 18 U.S.C. § 981(a)(1)(C) for the forfeiture of property which represents funds constituting or derived from proceeds of violations of Title 7, United States Code, Sections 2024(b) and (c) (Food Stamp Fraud); Title 18, United States Code, Section 371 (Conspiracy); Title 18, United States Code, Section 1343

(Wire Fraud); and Title 18, United States Code, Section 1956 (Money Laundering).

2. This Court has subject-matter jurisdiction over this matter by virtue of 28 U.S.C. § 1345, *in rem* jurisdiction by virtue of 28 U.S.C. § 1355, and venue by virtue of 28 U.S.C. § 1395(b).

3. The defendant property is $279,363.00 in United States Currency seized from Sufian A. Qasem.

4. The defendant property was seized on or about October 21, 2020, from the residence of Sufian A. Qasem located in Murphysboro, Jackson County, Illinois.

5. The property consists of currency which has been deposited in the account of Asset Forfeiture Fund, U.S. Treasury Account c/o Federal Reserve Bank located in St. Louis, Missouri.

6. The facts and circumstances supporting the seizure and forfeiture of the defendant property are contained in Exhibit A, which is attached and fully incorporated by reference.

7. The defendant property represents funds constituting or derived from proceeds of violations of Title 7, United States Code, Sections 2024(b) and (c) (Food Stamp Fraud); Title 18, United States Code, Section 371 (Conspiracy); Title 18, United States Code, Section 1343 (Wire Fraud); and Title 18, United States Code, Section 1956 (Money Laundering) and is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C).

8. The property is already in the possession, custody, and control of the United States.

WHEREFORE, the United States of America respectfully requests that a Warrant and Summons for Arrest of Articles *In Rem* be issued for the $279,363.00 in United States Currency; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the defendant property to be forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other and further relief as this Court may deem just and proper, together with the costs and disbursements

of this action.

## COUNT VI

1. This is a civil action *in rem* brought to enforce the provisions of 18 U.S.C. § 981(a)(1)(C) for the forfeiture of property which represents funds constituting or derived from proceeds of violations of Title 7, United States Code, Sections 2024(b) and (c) (Food Stamp Fraud); Title 18, United States Code, Section 371 (Conspiracy); Title 18, United States Code, Section 1343 (Wire Fraud); and Title 18, United States Code, Section 1956 (Money Laundering).

2. This Court has subject-matter jurisdiction over this matter by virtue of 28 U.S.C. § 1345, *in rem* jurisdiction by virtue of 28 U.S.C. § 1355, and venue by virtue of 28 U.S.C. § 1395(b).

3. The defendant property is $2,800.00 in United States Currency seized from Sufian A. Qasem.

4. The defendant property was seized on or about October 21, 2020, from the residence of Sufian A. Qasem located in Murphysboro, Jackson County, Illinois.

5. The property consists of currency which has been deposited in the account of Asset Forfeiture Fund, U.S. Treasury Account c/o Federal Reserve Bank located in St. Louis, Missouri.

6. The facts and circumstances supporting the seizure and forfeiture of the defendant property are contained in Exhibit A, which is attached and fully incorporated by reference.

7. The defendant property represents funds constituting or derived from proceeds of violations of Title 7, United States Code, Sections 2024(b) and (c) (Food Stamp Fraud); Title 18, United States Code, Section 371 (Conspiracy); Title 18, United States Code, Section 1343 (Wire Fraud); and Title 18, United States Code, Section 1956 (Money Laundering) and is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C).

8. The property is already in the possession, custody, and control of the United States.

WHEREFORE, the United States of America respectfully requests that a Warrant and Summons for Arrest of Articles *In Rem* be issued for the $2,800.00 in United States Currency; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the defendant property to be forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action.

## COUNT VII

1.  1.  This is a civil action *in rem* brought to enforce the provisions of 18 U.S.C. § 981(a)(1)(C) for the forfeiture of property which represents funds constituting or derived from proceeds of violations of Title 7, United States Code, Sections 2024(b) and (c) (Food Stamp Fraud); Title 18, United States Code, Section 371 (Conspiracy); Title 18, United States Code, Section 1343 (Wire Fraud); and Title 18, United States Code, Section 1956 (Money Laundering).

2. This Court has subject-matter jurisdiction over this matter by virtue of 28 U.S.C. § 1345, *in rem* jurisdiction by virtue of 28 U.S.C. § 1355, and venue by virtue of 28 U.S.C. § 1395(b).

3. The defendant property is $4,252.00 in United States Currency seized from Best Buy Auto Sales, Inc.

4. The defendant property was seized on or about October 21, 2020, from Best Buy Auto Sales, Inc. located in Murphysboro, Jackson County, Illinois.

5. The property consists of currency which has been deposited in the account of Asset Forfeiture Fund, U.S. Treasury Account c/o Federal Reserve Bank located in St. Louis, Missouri.

6. The facts and circumstances supporting the seizure and forfeiture of the defendant property are contained in Exhibit A, which is attached and fully incorporated by reference.

7. The defendant property represents funds constituting or derived from proceeds of violations of Title 7, United States Code, Sections 2024(b) and (c) (Food Stamp Fraud); Title 18, United States Code, Section 371 (Conspiracy); Title 18, United States Code, Section 1343 (Wire Fraud); and Title 18, United States Code, Section 1956 (Money Laundering) and is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C).

8. The property is already in the possession, custody, and control of the United States.

WHEREFORE, the United States of America respectfully requests that a Warrant and Summons for Arrest of Articles *In Rem* be issued for the $4,252.00 in United States Currency; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the defendant property to be forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action.

## **COUNT VIII**

1. This is a civil action *in rem* brought to enforce the provisions of 18 U.S.C. § 981(a)(1)(C) for the forfeiture of property which represents funds constituting or derived from proceeds of violations of Title 7, United States Code, Sections 2024(b) and (c) (Food Stamp Fraud); Title 18, United States Code, Section 371 (Conspiracy); Title 18, United States Code, Section 1343 (Wire Fraud); and Title 18, United States Code, Section 1956 (Money Laundering).

2. This Court has subject-matter jurisdiction over this matter by virtue of 28 U.S.C. § 1345, *in rem* jurisdiction by virtue of 28 U.S.C. § 1355, and venue by virtue of 28 U.S.C. § 1395(b).

3. The defendant property is $4,009.25 in United States Currency seized from East Main Shell, Inc. dba Egyptian Corner.

4. The defendant property was seized on or about October 21, 2020, from East Main Shell, Inc. dba Egyptian Corner located in Carbondale, Jackson County, Illinois.

5. The property consists of currency which has been deposited in the account of Asset Forfeiture Fund, U.S. Treasury Account c/o Federal Reserve Bank located in St. Louis, Missouri.

6. The facts and circumstances supporting the seizure and forfeiture of the defendant property are contained in Exhibit A, which is attached and fully incorporated by reference.

7. The defendant property represents funds constituting or derived from proceeds of violations of Title 7, United States Code, Sections 2024(b) and (c) (Food Stamp Fraud); Title 18, United States Code, Section 371 (Conspiracy); Title 18, United States Code, Section 1343 (Wire Fraud); and Title 18, United States Code, Section 1956 (Money Laundering) and is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C).

8. The property is already in the possession, custody, and control of the United States.

WHEREFORE, the United States of America respectfully requests that a Warrant and Summons for Arrest of Articles *In Rem* be issued for the $4,009.25 in United States Currency; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the defendant property to be forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action.

## COUNT IX

1. This is a civil action *in rem* brought to enforce the provisions of 18 U.S.C. § 981(a)(1)(C) for the forfeiture of property which represents funds constituting or derived from proceeds of violations of Title 7, United States Code, Sections 2024(b) and (c) (Food Stamp Fraud);

Title 18, United States Code, Section 371 (Conspiracy); Title 18, United States Code, Section 1343 (Wire Fraud); and Title 18, United States Code, Section 1956 (Money Laundering).

2. This Court has subject-matter jurisdiction over this matter by virtue of 28 U.S.C. § 1345, *in rem* jurisdiction by virtue of 28 U.S.C. § 1355, and venue by virtue of 28 U.S.C. § 1395(b).

3. The defendant property is $4,068.05 in funds seized from SIU Credit Union.

4. The defendant property was seized on or about October 21, 2020, from SIU Credit Union located in Carbondale, Jackson County, Illinois.

5. The property consists of currency which has been deposited in the account of Asset Forfeiture Fund, U.S. Treasury Account c/o Federal Reserve Bank located in St. Louis, Missouri.

6. The facts and circumstances supporting the seizure and forfeiture of the defendant property are contained in Exhibit A, which is attached and fully incorporated by reference.

7. The defendant property represents funds constituting or derived from proceeds of violations of Title 7, United States Code, Sections 2024(b) and (c) (Food Stamp Fraud); Title 18, United States Code, Section 371 (Conspiracy); Title 18, United States Code, Section 1343 (Wire Fraud); and Title 18, United States Code, Section 1956 (Money Laundering) and is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C).

8. The property is already in the possession, custody, and control of the United States.

WHEREFORE, the United States of America respectfully requests that a Warrant and Summons for Arrest of Articles *In Rem* be issued for the $4,068.05 in funds seized from SIU Credit Union; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the defendant property to be forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other and further relief as this Court may deem just and proper, together with the costs and

disbursements of this action.

                Respectfully submitted,

                STEVEN D. WEINHOEFT
                United States Attorney

                ***/s/ Adam E. Hanna***
                ADAM E. HANNA
                Assistant United States Attorney
                Nine Executive Drive
                Fairview Heights, Illinois 62208
                (618) 628-3700

## **DECLARATION**

I am a Task Force Officer with the Federal Bureau of Investigation, and the agent assigned the responsibility for this case.

I have read the contents of the foregoing complaint for forfeiture and the exhibits thereto, and the statements contained therein are true to the best of my knowledge and belief.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury the foregoing is true and correct.

Executed on this 20th day of April, 2021.

*/s/ Steven Jeschke w/consent*
Steven Jeschke
Task Force Officer
Federal Bureau of Investigation